# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BUSINESS RADIO, INC.,**

          **Plaintiff,**

**-vs-**                                      **Case No. 6:05-cv-372-Orl-31JGG**

**RELM WIRELESS CORPORATION,**

          **Defendant.**

_____

## ORDER

In its prior Order (Doc. 19), the Court dismissed Plaintiff's Complaint, but allowed Plaintiff to replead "if it can appropriately do so." (Doc. 19 at 9). This allowance was based on the notion that Plaintiff might be able to "replead its claims so as colorably to allege the existence of such a contract." *Id.* at 6. Such a contract, of course, referred to Plaintiff's assertion that Defendant's "promise" in the October 2002 letter to provide trunking capability in the future was an enforceable obligation. The Court also noted by way of footnote that Plaintiff would have difficulty asserting such a claim in light of Florida's Statute of Frauds, Florida Statutes Sec. 672.201(1).

By its Second Amended Complaint, Plaintiff seeks to enforce this "promise," but, in order to avoid the Statute of Frauds problem, Plaintiff seeks to transpose its contract claim into one or more torts. Such attempt, even if procedurally proper,[1] is substantively without merit.

---

[1] This is not what the Court had in mind when allowing Plaintiff to replead.

If the "promise" to provide trunking capability was material to the radio purchase, it would (should) have been included in the purchase order. Furthermore, given the relationship of the parties and the underlying dealership agreement, Plaintiff could not have justifiably relied on this representation six months later when ordering 73 Relm radios. In short, Plaintiff's tort claims are patently without merit.

It is, therefore

**ORDERED** that Defendant's Motion to Dismiss Second Amended Complaint (Doc. 26) is GRANTED. Plaintiff's Second Amended Complaint is DISMISSED, with prejudice, and this case is removed from the November 2006 trial docket. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 24, 2005.

```
                                    GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

Counsel of Record
Unrepresented Party